United States District Court
for the
Southern District of Indiana

FILED
02/16/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

4:24-cv-00033-TWP-KMB

Feb 16, 2024

Michael R Ruby

VS

Judge Carrie Stiller
William Gray Attorney
Amanda C. Kelly Deputy Prosecuting Attorney
John Doe (sit in Prosecuter Nov. 29, 2023)
Jane Doe (court recorder)

I Michael R. Ruby #31759 An Inmate At the Floyd county Jail would like to file A formal complaint Against Judge Stiller, Amanda C. Kelly Deputy Prosecuting Attorney, John Doe (prosecuter sat in Nov. 29, 2023 At 1:30pm), Jane Doe (The court recorder Nov. 29, 2023 At 1:30pm) and Public Defender William Gray for Violation of My 6th Amendment And Constituational Right to file A Fast And speedy Trial by Jury. My sixth Amendment protects my right to A Fast and speedy trial.

Michael Ruby #31759
Inmate Floyd county Jail