UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| MICHAEL R. RUBY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARRIE STILLER Judge, )<br>WILLIAM GRAY Attorney, )<br>AMANDA C. KELLY Deputy Prosecuting )<br>Attorney, )<br>JOHN DOE Sit in Prosecutor Nov. 29, 2023, )<br>JANE DOE Court Recorder, )<br>)<br>Defendants. ) | No. 4:24-cv-00033-TWP-KMB |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**. This action is dismissed without prejudice.

Dated: 7/22/2024

*Tanya Walton Pratt*
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: *Alicia Heltom*
Deputy Clerk, U.S. District Court

Distribution:

MICHAEL R. RUBY
701 East Spring Street, Apartment 411
New Albany, IN 47150